THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Gerald Cohen

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD COHEN, | Case No. 2:06-CV-0895-MCE-EFB |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| ABE and FRANCES TORTOSA TRUST, | |
| Defendants. _____/ | |
| and related cross-action. _____/ | |

  The parties hereto stipulate as follows:

  The parties have reached a full and final settlement of all issues in this action. A Settlement Agreement between the parties has been fully executed. Third Party Defendants Que Pasa Development Corporation and Arizona Fast Food Partnership, also known as Arizona FF Partners, were previously voluntarily dismissed.

1

Some parts of the Settlement Agreement are to be performed in the future. The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth. The parties request the Court to retain jurisdiction for one year(s) from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for one year(s) after the date hereof.

| | |
|---|---|
| Date:  October 27, 2006 | Date:  October 29, 2006 |
| _S/Judith L. Carlisle,_____<br>Attorney for Defendants | __S/Thomas N. Stewart, III_____<br>Attorney for Plaintiff |
| Date:  October 27, 2006 | Date: October 27, 2006 |
| _S/Edward Colson, III___<br>Third Party Defendant<br>1818 Erie Street<br>San Diego, CA 92112 | _S/Andrie Gramaud_____<br>    Third Party Defendant<br>1818 Erie Street<br>    San Diego, CA 92110 |

Date: October 27, 2006

_S/Dennis R. Sciotto_____
Third Party Defendant
1818 Erie Street
San Diego, CA 92112


IT IS SO ORDERED:


Date:   October 31, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE